UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hewlett, Raymond Keith | Docket No. | 0980 2:22CR00040-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raymond Keith Hewlett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 11th day of May 2022 and again on the 8th day of June 2022, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including triable) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Condition #14:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 11, 2022, the Court ordered Mr. Hewlett to be released from custody to participate in inpatient substance abuse treatment (ECF No. 37). Mr. Hewlett was ordered to return to custody upon completion of inpatient substance abuse treatment, absent further order of the Court. On June 8, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hewlett related to the aforementioned release order. Mr. Hewlett acknowledged an understanding of the release conditions at that time.

On June 16, 2022, Mr. Hewlett appeared before the Court for a detention review hearing. The Court ordered Mr. Hewlett to remain released from custody upon successful completion of inpatient substance abuse treatment (ECF No. 43). On June 23, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hewlett related to his most recent release order. Mr. Hewlett acknowledged an understanding of the release conditions at that time.

**Violation #1:** Raymond Keith Hewlett is alleged to have violated his conditions of pretrial release supervision by being cited for third degree driving while license suspended on June 16, 2022.

The following information was gathered by the Clarkston Police Department (CPD), incident report number 22P03529.

On June 16, 2022, at approximately 11:23 p.m., an officer with the CPD was on routine patrol in Clarkston, Washington. The officer observed a vehicle behind him with the driver side headlight out. The officer pulled to the side of the roadway and allowed the vehicle to go in front of him. Subsequently, the officer initiated a traffic stop.

The officer made contact with the driver, who was identified as Mr. Hewlett. It was discovered during this traffic stop that Mr. Hewlett's driver's license was suspended. Mr. Hewlett was cited for third degree driving while license suspended and was released from the scene.

Mr. Hewlett has been formally charged in Asotin County District Court (ACDC) case number 2A0055609, with third degree driving while license suspended. His next scheduled court appearance in ACDC is on August 30, 2022.

**Violation #2:** Raymond Keith Hewlett is alleged to have violated the conditions of pretrial release supervision by failing to report contact with law enforcement within one business day.

On August 10, 2022, the undersigned officer was conducting a review of Mr. Hewlett's criminal history. The undersigned officer discovered Mr. Hewlett had contact with the Clarkston Police Department and had been cited for third degree driving while license suspended on June 16, 2022, as reported in violation number 1 of this petition. Mr. Hewlett had failed to notify the undersigned officer of the aforementioned law enforcement contact.

On August 16, 2022, the undersigned officer confronted Mr. Hewlett about his law enforcement contact on June 16, 2022, and reminded him to report any law enforcement contact to the undersigned officer within one business day.

**Violation #3:** Raymond Keith Hewlett is alleged to have violated his conditions of pretrial release supervision by failing to report for random drug testing on August 19, 2022.

On June 23, 2022, the undersigned officer referred Mr. Hewlett to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Hewlett was instructed to contact PHS daily to determine if he was required to submit to random drug testing.

On August 19, 2022, Mr. Hewlett failed to report for random urinalysis testing at PHS.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: August 25, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

8/25/22
Date