# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hewlett, Raymond Keith | Docket No. | 0980 2:22CR00040-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Raymond Keith Hewlett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 11th day of May 2022, and again on the 8th day of June 2022, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Special Condition#13:** Defendant shall refrain from any use of alcohol. There shall be no alcohol in the home where Defendant resides.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 23, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hewlett. Mr. Hewlett acknowledged an understanding of the release conditions at that time.

**Violation #1:** Raymond Keith Hewlett is alleged to have violated the conditions of pretrial release supervision by being charged with driving under the influence on or about September 11, 2023.

The following information was gathered from an affidavit of probable cause for citation number 3A0619103, completed by the Washington State Patrol (WSP).

On September 11, 2023, a trooper with the WSP was advised of an erratic driver that was leaving the Gorge Amphitheater in Grant County, Washington. While en route, the trooper was advised that Grant County Sheriff's deputies had conducted a traffic stop on the suspect vehicle.

Upon arrival, deputies advised the trooper that the vehicle had crossed the center line and also crossed the fog line before a traffic stop was initiated. The driver, who was identified as Mr. Hewlett, also provided a breath sample that tested .072 blood alcohol content (BAC). Due to Mr. Hewlett having a previous stroke, no other field sobriety tests were conducted.

When the trooper spoke with Mr. Hewlett, the smell and odor of intoxicants were coming from his person. Mr. Hewlett allegedly had blood shot, watery eyes with a flushed face appearance. Mr. Hewlett advised he had only one beer earlier in the day and that he was fine to drive.

Subsequently, Mr. Hewlett was arrested for driving under the influence (DUI). During the arrest procedure, Mr. Hewlett also stated he took a "few" prescription medications. Mr. Hewlett voluntarily consented to a blood draw, in which he was taken to a local hospital. Once the blood sample was collected, he went through a booking process and subsequently released to a licensed driver.

PS-8
**Re: Hewlett, Raymond Keith**
**September 15, 2023**
**Page 2**

Mr. Hewlett has been formally charged in Grant County District Court case number 3A0619103. Mr. Hewlett's next scheduled appearance in Grant County District Court is scheduled for October 17, 2023.

**Violation #2:** Raymond Keith Hewlett is alleged to have violated the conditions of pretrial release supervision by admitting to consuming one beer on September 11, 2023.

On September 11, 2023, Mr. Hewlett contacted the undersigned officer and reported his arrest reported in violation number 1. During that conversation, Mr. Hewlett advised he went to a concert on September 11, 2023, and consumed one beer.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2023

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other: The alleged pretrial release violation will be addressed at the sentencing hearing set for 12/6/2023.

Thomas O. Rice
United States District Judge

November 22, 2023
Date