# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hewlett, Raymond Keith | Docket No. | 0980 2:22CR00040-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raymond Keith Hewlett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 11th day of May 2022 and again on the 8th day of June 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances in violation of 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 23, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hewlett. Mr. Hewlett acknowledged an understanding of the release conditions at that time.

**Violation #3:** Raymond Keith Hewlett is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine and cocaine between November 3-9, 2023.

On November 3, 2023, Mr. Hewlett reported to the U.S. Probation Office. During that meeting, the undersigned officer applied a sweat patch, for the purpose of drug testing, on Mr. Hewlett's left arm.

On November 9, 2023, the undersigned officer removed the sweat patch from Mr. Hewlett's left arm. The patch was packaged and sent to Pharmchem, Inc. (Pharmchem), for analysis.

On November 22, 2023, Pharmchem confirmed the above-noted sweat patch tested positive for the presence of methamphetamine and cocaine.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT.

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 27, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Hewlett, Raymond Keith
November 27, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

November 27, 2023
Date